DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIVERSON JULS,**
Appellant,

v.

**JULIAN E. SERRANO** and **LIZZET SERRANO,**
Appellees.

No. 4D14-4768

[March 2, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2012CA022097.

Samuel A. Walker of CPLS, P.A., Orlando, and Byrnes Guillaume of Byrnes Guillaume, Attorney at Law, PPLC, West Palm Beach, for appellant.

Nancy W. Gregoire of Kirschbaum, Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Drew A. Stroller of Roig Lawyers, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed. See Piunno v. R.F. Concrete Constr., Inc.*, 904 So. 2d 658 (Fla. 4th DCA 2005).

GROSS, LEVINE and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***